

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00034-CR

## IN RE WILLIE JORDAN DERRICK

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed February 27, 2014
[OT06]